MELINDA HAAG
United States Attorney
ALEX TSE
Chief, Civil Division
ILA C. DEISS (NY SBN 3052909)
Assistant United States Attorney
ERICA BLACHMAN HITCHINGS (MABN 669825)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124 (Deiss)
Fax: (415) 436-7169
Ila.Deiss@usdoj.gov

Attorneys for the United States of America

FILED

OCT 28 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; AND THE STATES OF CALIFORNIA AND NEVADA ex rel. KATHLEEN HAWKINS,<br><br>Plaintiffs and Relator,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, itself, and d/b/a St. Joseph's Hospital and Medical Center, and d/b/a Barrow Neurological Institute, and d/b/a/ Mercy Gilbert Medical Center, and d/b/a/ Chandler Regional Medical Center; ET AL,<br><br>Defendants. | No. CV 09-5604 JCS (LB)<br><br>UNITED STATES' NOTICE OF ELECTION TO INTERVENE; [PROPOSED] ORDER<br><br>(FILED UNDER SEAL) |

1. Pursuant to 31 U.S.C. §§ 3730(b)(2) and (b)(4), the United States hereby notifies the Court of its decision regarding intervention in this False Claims Act *qui tam* action. The United States hereby elects to intervene in this action.

2. The parties have entered into a Settlement Agreement in this case. The parties are in the process of executing a Settlement Agreement in this case, but final signatures were not obtained by today's intervention deadline. Defendants' payment under the Settlement Agreement is due ten days from the date of full execution. Under the terms of the Settlement Agreement, after receiving payment,

United States' Notice Of Election To Intervene; [Proposed] Order
Case No.: CV-09-5604 JCS (LB)         1

the United States and the Relator, Kathleen Hawkins, will file a stipulation of dismissal in this action pursuant to the terms and conditions of the Settlement Agreement.

3. The United States requests that the Court unseal: (1) Relator's Complaint; First Amended Complaint; and Second Amended Complaint; (2) the summons; (3) the scheduling order; (4) this Notice of Election to Intervene, with (Proposed) Order to Unseal; and (5) all other matters occurring in this action after the date the Court enters the unsealing order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States and/or States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon Defendants.

4. The parties do not anticipate any obstacles to executing the Settlement Agreement within approximately the next week. All that remains to be done is for the parties to obtain the final signatures on the agreement, for the Defendants to make payment under the agreement within ten days of the date of full execution, and for the Plaintiffs to dismiss the case. Therefore, we respectfully suggest the following procedure, which is set out in the accompanying proposed order: By October 31, 2014, the United States would file a status report advising the Court whether the Settlement Agreement has been fully executed. Should the agreement be fully executed by October 31, 2014, the Plaintiffs would then file a dismissal by November 10, 2014 (after receiving Defendants' settlement payment), or alternatively, would file a status report by that date, explaining why the case is not being dismissed as currently anticipated.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: October 24, 2014   By: _____
ILA C. DEISS
ERICA B. HITCHINGS
Assistant United States Attorneys
Attorneys for the United States of America

[~~PROPOSED~~] ORDER

Upon consideration of the United States' Notice of Election to Intervene, the Court rules as follows.

IT IS ORDERED that:

1. The seal shall be lifted as to the Relator's Complaint; First Amended Complaint and Second Amended Complaint; the summons; the scheduling order; this Order and the accompanying United States' Notice of Election to Intervene; and all subsequent filings in this action.

2. All other previously filed contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants.

3. By October 31, 2014, the United States shall file a status report advising the Court whether the settlement agreement has been fully executed.

4. By November 10, 2014, the United States and Relator shall file a dismissal, or, alternatively, a status report explaining why the case is not being dismissed as currently anticipated.

IT IS SO ORDERED.

Dated: 10/28/2014

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEALED,

        Plaintiff(s),

  v.

SEALED,

        Defendant(s).
_____/

No. 3:09-CV-5604 JCS

SEALED
CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 28, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Matthew B. Pavone
Nolan and Auerbach, P.A.
Courtyard Square
750 Grante Ave., Suite 250
Novato, CA 94945

Ila C. Deiss
Asst.US Attorney
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102

Dated: October 28, 2014

                                        RICHARD W. WIEKING, CLERK

                                        BY: *Karen L. Hom*
                                              Karen L. Hom, Courtroom Deputy

United States District Court
For the Northern District of California